Michael V. Brady (SBN 146370)
Michael E. Vinding (SBN 178359)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile:  (916) 446-4535

Attorneys for Defendant
Baldwin Contracting Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustees of the Simmons Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CHICO; COUNTY OF BUTTE; BALDWIN CONTRACTING COMPANY, INC., a California Corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>Defendants. | CASE NO. 2:07-CV-01129-MCE-KJM<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING BETWEEN PLAINTIFFS AND DEFENDANT BALDWIN CONTRACTING COMPANY, INC.'S |

Plaintiffs Elizabeth Jean Simmons, as Personal Representative of the Estate of James Edward Simmons; Darwin H. Simmons, individually, and as Trustees of the Simmons Family Trust, and Nina R. Simmons, individually, and as Trustees of the Simmons Family Trust, ("Plaintiffs') Complaint was served upon Defendant Baldwin Contracting Company, Inc. ("Defendant") on June 19, 2007.  Defendant is presently required to file a responsive pleading on or before July 9, 2007.

Counsel for Defendant, Michael E. Vinding, and counsel for Plaintiffs, Randall C. Nelson, hereby stipulate pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) and Local Rule 6-144

that Defendant shall have an extension of time for thirty (30) days, up to and including August 8, 2007 to file a responsive in the above entitled action.

There has been no prior extensions of time for filing this response.

Respectfully submitted.

Dated:_____          DIEPENBROCK HARRISON
                                    A Professional Corporation


                                    By: _____
                                        Michael E. Vinding
                                        Attorneys for Defendant,
                                        Baldwin Contracting Company, Inc


Dated:_____          CARR KENNEDY, PETERSON & FROST


                                    By: _____
                                        Randall C. Nelson
                                        Attorney for Plaintiffs,
                                        Elizabeth JEAN Simmons, as Personal
                                        Representative of the Estate of James Edward
                                        Simmons; Darwin H. Simmons and Nina R.
                                        Simmons, individually, and as Trustees of the
                                        Simmons Family Trust


**ORDER**

IT IS SO ORDERED.


DATED: July 5, 2007
                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE