1    John D. Montague, CA State Bar No. 71994
     MONTAGUE & VIGLIONE
2    1500 River Park Drive, Suite 110
     Sacramento, California  95815
3    Telephone:  (916) 929-5018
     Facsimile:  (916) 929-8967
4

5    Attorneys for Virginia Drake, individually and
     As Trustee of the Drake Revocable Trust
6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   ELIZABETH JEAN SIMMONS, as          **CASE NO.  2:07-CV-01129-MCE-KJM**
     Personal Representative of the Estate of
12   JAMES EDWARD SIMMONS; DARWIN
     H. SIMMONS and NINA R. SIMMONS,     STIPULATION FOR CONTINUANCE TO
13   individually and as Trustees of the RESPOND TO COMPLAINT FOR
     Simmons Family Trust,               RECOVERY OF CLEANUP COSTS AND
14                                        DAMAGES, AND FOR DECLARATORY
             Plaintiffs,                  AND OTHER RELIEF
15
     vs.
16
     CITY OF CHICO; COUNTY OF BUTTE;
17   BALDWIN CONTRACTING COMPANY,
     INC., a California corporation; VIRGINIA
18   DRAKE, individually, and as Trustee of the
     Drake Revocable Trust,
19
             Defendants.
20   _____

21           IT IS HEREBY STIPULATED between counsel for Plaintiffs, Randall C. Nelson of Carr,

22   Kennedy, Peterson & Frost, and counsel for Defendant Virginia Drake, John D. Montague of

23   Montague & Viglione, as follows:

24

25   Simmons v. City of Chico, et al.                                    1
     Stipulation To Respond to Complaint

1        1.       Defendant Virginia Drake may file her response to Plaintiffs' Complaint on or

2   before September 28, 2007;

3        2.       This Stipulation may be signed in counterparts and by facsimile signature.

4

5                                            CARR, KENNEDY, PETERSON & FROST

6

7   Dated: September 10, 2007.          By: s/Randall C. Nelson

8                                            Randall C. Nelson

9                                       MONTAGUE & VIGLIONE

10

11  Dated: September 10, 2007.          By: s/John D. Montague

12                                           John D. Montague

13

14      IT IS SO ORDERED.

15

16  Dated:  September 20, 2007

17

18                                      MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25  Simmons v. City of Chico, et al.                              2
    Stipulation To Respond to Complaint