IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS V. FOGARTY, et al., | |
|          Plaintiffs, | Case No. 2:06-cv-1007-RRB-GGH |
| vs. | |
| THE CITY OF CHICO, et al., | |
|          Defendants. | |
| _____ | |
| BORGE DEVELOPMENT, INC., a California corporation, | |
|          Plaintiff, | Case No. 2:06-cv-2228-RRB-GGH |
| vs. | |
| THE CITY OF CHICO, et al., | |
|          Defendants. | |
| _____ | |
| ELIZABETH JEAN SIMMONS, et al., | |
|          Plaintiff, | Case No. 2:07-cv-1129-RRB-KJM |
| vs. | |
| CITY OF CHICO, et al., | |
|          Defendants. | **RELATED CASE ORDER** |

Examination of the above-entitled actions reveals that these actions are "related" within the meaning of Local Rule 83-123 (E.D. Cal. 2005).  Accordingly, the Court concludes the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should, however, be aware that relating the cases under Local Rule 83-123 (E.D. Cal. 2005) merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

It is therefore ordered that the action denominated 2:07-CV-01129-MCE-KJM be reassigned to Judge Ralph R. Beistline and Magistrate Judge Gregory G. Hallows for all further proceedings, and any dates currently set in this reassigned case only are **VACATED**.  The parties are referred to the attached Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:07-CV-01129-RRB-GGH.

ENTERED this 21st day of September, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

RELATED CASE ORDER - 2
2:07-CV-1129-RRB-GGH