|  |  |
|---|---|
| John D. Montague, CA State Bar No. 71994<br>MONTAGUE & VIGLIONE<br>1500 River Park Drive, Suite 110<br>Sacramento, California 95815<br>Telephone: (916) 929-5018<br>Facsimile: (916) 929-8967<br><br>Attorneys for Virginia Drake, individually and<br>As Trustee of the Drake Revocable Trust | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of JAMES EDWARD SIMMONS; DARWIN H. SIMMONS and NINA R. SIMMONS, individually and as Trustees of the Simmons Family Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF CHICO; COUNTY OF BUTTE; BALDWIN CONTRACTING COMPANY, INC., a California corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>    Defendants. | CASE NO. 2:07-CV-01129-RRB-KJM<br><br>STIPULATION FOR CONTINUANCE TO RESPOND TO COMPLAINT FOR RECOVERY OF CLEANUP COSTS AND DAMAGES, AND FOR DECLARATORY AND OTHER RELIEF AND ORDER THEREON |

    IT IS HEREBY STIPULATED between counsel for Plaintiffs, Randall C. Nelson of Carr, Kennedy, Peterson & Frost, and counsel for Defendant Virginia Drake, John D. Montague of Montague & Viglione, as follows:

Simmons v. City of Chico, et al.
Stipulation To Respond to Complaint

1

PDF created with pdfFactory trial version www.pdffactory.com

1.    Defendant Virginia Drake has been granted a further extension to file her response to Plaintiffs' Complaint making it now due on or before October 5, 2007;

2.    This Stipulation may be signed in counterparts and by facsimile signature.

                                                     CARR, KENNEDY, PETERSON & FROST

Dated: September 28, 2007.            By:  s/Randall C. Nelson
                                                      Randall C. Nelson

MONTAGUE & VIGLIONE

Dated: October 1, 2007.               By:  s/John D. Montague
                                                       John D. Montague

IT IS SO ORDERED.

Dated:  October 4, 2007                /s/ Ralph R. Beistline
                                                        JUDGE of the Eastern District Court

PDF created with pdfFactory trial version www.pdffactory.com

**Simmons v. City of Chico, et al.**
**Case No: 2:07-CV-01129-MCE-KJM**
**United States District Court, Eastern District of California**

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1500 River Park Drive, Suite 110, Sacramento, California 95815. I am over the age of 18 years and not a party to the above-entitled action.

On September ___, 2007, I served the following documents:


(XX)  **By Mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure section 1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at Montague & Viglione, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in the City of Sacramento, California.

(___)  **By Personally Delivering** a true copy thereof, in accordance with Code of Civil Procedure section 1011, to the person(s) and at the address(es) set forth below.

(___)  **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure section 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Montague & Viglione, mail placed in that designated area is picked up that same day for delivery the following business day.

(___)  **By Facsimile Transmission** in accordance with Code of Civil Procedure section 1013(e), to the following party(ies) at the facsimile number(s) indicated.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on September ___, 2007, at Sacramento, California.

_____
Michelle R. Barrett

Simmons v. City of Chico, et al.
Stipulation To Respond to Complaint

3

PDF created with pdfFactory trial version www.pdffactory.com