1  MICHAEL V. BRADY (SBN 146370)
   MICHAEL E. VINDING (SBN 178359)
2  SCHARFF, BRADY & VINDING
   400 Capitol Mall, Suite 2640
3  Sacramento, CA 95814
   Telephone: (916) 446-3400
4  Facsimile:  (916) 446-7159
   mvinding@scharff.us
5
   Attorneys for Defendant
6  BALDWIN CONTRACTING COMPANY, INC.

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 | ELIZABETH JEAN SIMMONS, as Personal | CASE NO. 2:07-CV-01129-JAM-GGH
   | Representative of the Estate of James Edward |
12 | Simmons; DARWIN H. SIMMONS and |
   | NINA R. SIMMONS, individually, and as | **JOINT APPLICATION AND**
13 | Trustee of the Simmons Family Trust, | **STIPULATION TO AMEND THE**
   | | **STATUS (PRETRIAL SCHEDULING)**
14 | Plaintiffs, | **ORDER**

15 v.

16 CITY OF CHICO; COUNTY OF BUTTE
   COUNTY; BALDWIN CONTRACTING
17 COMPANY, INC., a California corporation;
   VIRGINIA DRAKE, individually, and as
18 Trustee of the Drake Revocable Trust,

19 Defendants.

20

21  Upon the request of defendant Virginia Drake, the parties to this action jointly stipulate and

22 apply for a change in the Status (Pretrial Scheduling) Order, filed November 2, 2007 in this matter,

23 to change the dates for various benchmarks in the progress of this action.

24  Good cause exists to amend the State (Pretrial Scheduling) Order in this action.  As the

25 parties have proceeded with discovery, it has become apparent that the volume of discovery that

26 remains to be completed is greater than the parties originally estimated.  The parties therefore

27 request an extension of the scheduling order to allow for the efficient completion of discovery, and

28 to conduct settlement discussions in advance of the close of discovery.

PDF created with pdfFactory trial version www.pdffactory.com

Counsel for the parties have met and conferred, and request that the court adopt the following schedule:

| | |
|---|---|
| Expert Disclosure: | October 2, 2009 |
| Supplemental Expert Disc.: | November 20, 2009 |
| Discovery Cutoff: | January 15, 2010 |
| Dispositive Motions filed by: | April 21, 2010 |
| Dispositive Motions hearing: | May 19, 2010 |
| Joint Statement filed by: | July 9, 2010 |
| Final Pretrial Conference: | July 16, 2010 at 2:00 p.m. |
| Trial: | September 13, 2010 at 9:00 a.m. |

We respectfully request that the Court issue a new Status (Pretrial Scheduling) Order reflecting these new dates.

SO STIPULATED.

Dated: February 25, 2007          CARR, KENNEDY, PETERSON & FROST

                                  By:  /s/Randall C. Nelson
                                       (as authorized on February 25, 2009)
                                       Randall C. Nelson (SBN 138298)
                                       Attorneys for Plaintiffs

Dated: February 25, 2007          MONTAGUE & VIGLIONE

                                  By:  /s/John D. Montague
                                       (as authorized on February 25, 2009)
                                       John D. Montague (SBN 71994)
                                       Attorneys for Defendant
                                       Virginia Drake

Dated: February 25, 2007          GOLDSBERRY, FREEMAN & GUZMAN

                                  By:  /s/Francis M. Goldsberry III
                                       (as authorized on February 25, 2009)
                                       Francis M. Goldsberry III (SBN 178739)
                                       Attorneys for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
| | | City of Chico |
| Dated: February 25, 2007 | | PORTER SCOTT |

By: /s/Stephen E. Horan
(as authorized on February 25, 2009)
Stephen E. Horan (SBN 125241)
Attorneys for Defendant
County of Butte

Dated: February 25, 2007                SCHARFF, BRADY & VINDING

By: /s/Michael E. Vinding
(as authorized on February 25, 2009)
Michael E. Vinding (SBN 178359)
Attorneys for Defendant
Baldwin Contracting Company, Inc.

IT IS SO ORDERED.

Date: March 4, 2009                /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

-3-
Joint Application and Stipulation to Amend the Status (Pretrial Scheduling) Order

PDF created with pdfFactory trial version www.pdffactory.com