1 | **Randall C. Nelson, State Bar No. 138298**
**CARR, KENNEDY, PETERSON & FROST**
2 | **A Law Corporation**
**420 Redcliff Drive (96002)**
3 | **P.O. Box 492396**
**Redding, California 96049-2396**
4 | **(530) 222-2100; FAX (530) 222-0504**

5 | **Attorneys for Plaintiffs and Counterdefendants**

6 |

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

9 |

10 | ELIZABETH JEAN SIMMONS, as Personal )    NO. 2:07-CV-01129-JAM-GGH
Representative of the Estate of James Edward )
11 | Simmons; DARWIN H. SIMMONS and NINA) R.    **STIPULATION TO FILE**
SIMMONS, individually, and as Trustees ) of the    **FIRST AMENDED COMPLAINT**
12 | Simmons Family Trust,    **AND ORDER THEREON**
                                  )
13 |                Plaintiffs,   )
                                    )
14 | vs.   )
                                    )
15 | CITY OF CHICO; COUNTY OF BUTTE;   )
BALDWIN CONTRACTING COMPANY,   )
16 | INC., a California Corporation;   )
VIRGINIA DRAKE, individually, and as   )
17 | Trustee of the Drake Revocable Trust,   )
                                    )
18 |                Defendants.   )
_____ )
19 |

20 |        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

21 | attorneys of record that plaintiff may file a First Amended Complaint, a copy of which is attached

22 | hereto as Exhibit A.  The First Amended Complaint adds only a new Paragraph

23 | No. 71 under the Fifth Claim for Relief and a new Paragraph No. 5 under the Prayer for Relief.  All

24 | subsequent paragraphs have been re-numbered accordingly.

25 |        IT IS FURTHER STIPULATED that the defendants waive notice and service of the First

26 | Amended Complaint and shall not be required to answer it, that all defendants are deemed to deny

1

STIPULATION TO FILE FIRST AMENDED COMPLAINT & ORDER THEREON

1  the allegations set forth in the new Paragraph No. 71 under the Fifth Claim for Relief and a new

2  Paragraph No. 5 under the Prayer for Relief, and that all denials, responses and affirmative defenses

3  contained in the Answers filed by defendants to the original Complaint shall be deemed responsive

4  to the First Amended Complaint.

5      This Stipulation may be executed simultaneously in counterparts, each of which shall be

6  deemed an original, but all of which together shall constitute one and the same instrument.

7

8  DATED: June 17, 2009.              CARR, KENNEDY, PETERSON & FROST

9
                                      By  /s/
10                                        Randall C. Nelson
                                          Attorneys for Plaintiffs
11

12 DATED: June 11, 2009.              GOLDSBERRY, FREEMAN & GUZMAN

13
                                      By  /s/
14                                        Francis M. Goldsberry II
                                          Attorneys for Defendant City of Chico
15

16 DATED: June 10, 2009.              PORTER SCOTT

17
                                      By  /s/
18                                        Stephen E. Horan
                                          Attorneys for Defendant County of Butte
19

20 DATED: June 16, 2009.              SCHARFF, BRADY & VINDING

21
                                      By  /s/
22                                        Michael E. Vinding
                                          Attorneys for Defendant Baldwin
23                                        Contracting Company, Inc.

24

25

26

2

STIPULATION TO FILE FIRST AMENDED COMPLAINT & ORDER THEREON

1   DATED: June 16, 2009.                    MONTAGUE & VIGLIONE

2
                                            By   /s/
3                                              John D. Montague
                                               Attorneys for Defendant Virginia Drake,
4                                              individually, and as Trustee of the Drake
                                               Revocable Trust
5

6

7   **IT IS SO ORDERED.**

8   **DATED: 06/22/2009**                   **/s/ John A. Mendez**
                                            **HON. JOHN A. MENDEZ**
9                                           **United States District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3