FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

LORI J. BARKER, SBN: 131707
OFFICE OF THE CITY ATTORNEY
CITY OF CHICO
Post Office Box 3420
Chico, CA 95927
Telephone: (530) 896-7600
Facsimile: (530) 895-4780

Attorneys for Defendant
CITY OF CHICO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustees of the Simmons Family Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF CHICO; COUNTY OF BUTTE; BALDWIN CONTRACTING COMPANY, INC., a California Corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>    Defendants. | No.: 2:07-CV-01129 JAM-GGH<br><br>**STIPULATION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER RE EXPERT DISCLOSURE DATE** |

The Court's March 4, 2009 Amendment to the Status (Pretrial Scheduling) Order establishes an expert disclosure date of October 2, 2009, with supplemental disclosure of experts scheduled to occur by November 20, 2009. Due to the schedule of counsel and the availability of certain witnesses, counsel for the City of Chico and counsel for Virginia Drake wish to extend the deadline for the disclosure of expert witness information from October 2, 2009 to October 23,

1  2009. The parties wish to leave all other currently scheduled dates/deadlines unchanged. The only
2  effect of changing the initial expert disclosure date will be to shorten the time between initial and
3  supplemental disclosure from seven weeks to four weeks.
4      It is therefore stipulated among the parties that the deadline for the initial disclosure of
5  expert witnesses may be changed from October 2, 2009 to October 23, 2009. The parties
6  respectfully request that the Court issue an order changing the expert disclosure deadline.
7      IT IS SO STIPULATED.
8  DATED: September 11, 2009    CARR, KENNEDY, PETERSON & FROST

By: /s/ Randall C. Nelson (as authorized on 9/11/09)
    RANDALL C. NELSON
    (SBN: 138298)
Attorneys for Plaintiffs

13  DATED: September 11, 2009    GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: /s/ Francis M. Goldsberry III
    FRANCIS M. GOLDSBERRY III
    (SBN: 178739)
Attorneys for Defendant
CITY OF CHICO

18  DATED: September 11, 2009    PORTER SCOTT

By: /s/ Stephen E. Horan (as authorized on 9/11/09)
    STEPHEN E. HORAN
    (SBN: 125241)
Attorneys for Defendant
COUNTY OF BUTTE

23  DATED: September 10, 2009    SCHARFF, BRADY & VINDING

By: /s/ Michael E. Vinding (as authorized on 9/10/09)
    MICHAEL E. VINDING
    (SBN: 178359)
Attorneys for Defendant
BALDWIN CONTRACTING COMPANY, INC.

28  ///

1 | DATED: September 9, 2009            MONTAGUE & VIGLIONE

By: /s/ John D. Montague  (as authorized on 9/9/09)
    JOHN D. MONTAGUE
    (SBN: 71994)
Attorneys for Defendant
VIRGINIA DRAKE

**O R D E R**

IT IS SO ORDERED.

DATED: 09/11/2009

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE, U.S. DISTRICT COURT