```
1  FRANCIS M. GOLDSBERRY II, SBN: 63737
   FRANCIS M. GOLDSBERRY III, SBN: 178739
2  GOLDSBERRY, FREEMAN & GUZMAN, LLP
   777 12th Street, Suite 250
3  Sacramento, CA 95814
   Telephone: (916) 448-0448
4  Facsimile:  (916) 448-8628

5  LORI J. BARKER, SBN: 131707
   OFFICE OF THE CITY ATTORNEY
6  CITY OF CHICO
   Post Office Box 3420
7  Chico, CA 95927
   Telephone: (530) 896-7600
8  Facsimile:  (530) 895-4780

9  Attorneys for Defendant
   CITY OF CHICO
10
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustees of the Simmons Family Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHICO; COUNTY OF BUTTE; BALDWIN CONTRACTING COMPANY, INC., a California Corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust, <br><br> Defendants. | No.:  2:07-CV-01129 JAM-GGH <br><br> **STIPULATION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER RE EXPERT DISCOVERY** |

The Court's March 4, 2009 Amendment to the Status (Pretrial Scheduling) Order establishes an expert disclosure date of October 2, 2009, with supplemental disclosure of experts scheduled to occur by November 20, 2009.  By stipulation of counsel and the Order of this Court pursuant to that stipulation, the deadline for the disclosure of expert witness information was extended from October 2, 2009 to October 23, 2009.

1  The parties currently have four depositions scheduled for early December, with at least two
2 more and possibly as many as six more still to be scheduled for sometime between now and the
3 close of discovery on January 15, 2009. It is now clear that disclosing expert witnesses on October
4 23, 2009 will result in the need for substantial amendment or supplementation of expert reports as
5 expert witnesses review and analyze new testimony, possibly changing either opinions or the basis
6 for opinions.

7  As currently scheduled, there is a substantial time gap between the close of discovery on
8 January 15, 2010 and the next deadline established by the scheduling order, the April 21, 2010
9 deadline for filing dispositive motions. The parties propose establishing an expert discovery period
10 after January 15, 2010, which would become the deadline for completing only factual discovery.

11  In order to avoid the need to supplement or amend expert reports, and to avoid the need to
12 take second depositions of expert witnesses whose testimony may change in light of upcoming
13 depositions, the parties propose to amend the schedule to provide for the following dates:

14  CLOSE OF FACTUAL DISCOVERY                      JANUARY 15, 2010
15  DISCLOSURE OF EXPERT WITNESSES                  JANUARY 25, 2010
16  DISCLOSURE OF SUPPLEMENTAL EXPERTS              FEBRUARY 15, 2010
17  CLOSE OF EXPERT DISCOVERY                       MARCH 31, 2010

18  This schedule will still provide the parties with three weeks after the close of expert
19 discovery in which to complete any dispositive motions. The other deadlines (hearing on
20 dispositive motions, pretrial conference, and trial) will remain unchanged.

21  IT IS SO STIPULATED.

22 DATED: October 22, 2009                    CARR, KENNEDY, PETERSON & FROST

23
                                            By: /s/ Randall C. Nelson (as authorized on 10/22/09)
24                                              RANDALL C. NELSON
                                                (SBN:  138298)
25                                          Attorneys for Plaintiffs

26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | DATED: October 20, 2009 | GOLDSBERRY, FREEMAN & GUZMAN, LLP |
| 2 | | |
| 3 | | By: /s/ Francis M. Goldsberry III |
| 4 | | FRANCIS M. GOLDSBERRY III<br>(SBN: 178739) |
| 5 | | Attorneys for Defendant<br>CITY OF CHICO |
| 6 | DATED: October 20, 2009 | PORTER SCOTT |
| 7 | | |
| 8 | | By: /s/ Noah M. Bean (as authorized on 10/20/09) |
| 9 | | NOAH M. BEAN<br>(SBN: 257657) |
| 10 | | Attorneys for Defendant<br>COUNTY OF BUTTE |
| 11 | DATED: October 21, 2009 | SCHARFF, BRADY & VINDING |
| 12 | | |
| 13 | | By: /s/ Michael E. Vinding (as authorized on 10/21/09) |
| 14 | | MICHAEL E. VINDING<br>(SBN: 178359) |
| 15 | | Attorneys for Defendant<br>BALDWIN CONTRACTING COMPANY, INC. |
| 16 | DATED: October 21, 2009 | MONTAGUE & VIGLIONE |
| 17 | | |
| 18 | | |
| 19 | | By: /s/ John D. Montague (as authorized on 10/21/09)<br>JOHN D. MONTAGUE |
| 20 | | (SBN: 71994)<br>Attorneys for Defendant<br>VIRGINIA DRAKE |

**O R D E R**

IT IS SO ORDERED.

DATED:   10/22/2009

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE, U.S. DISTRICT COURT