Randall C. Nelson, State Bar No. 138298
CARR, KENNEDY, PETERSON & FROST
A Law Corporation
420 Redcliff Drive
Redding, California 96002
(530) 222-2100; FAX (530) 222-0504

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustees of the Simmons Family Trust,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF CHICO; COUNTY OF BUTTE; BALDWIN CONTRACTING COMPANY, INC., a California Corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>　　　　　　　Defendants. | NO. 2:07-CV-01129-JAM-GGH<br><br>**STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER RE EXPERT DISCOVERY** |

The Court's October 22, 2009 Amendment to the Status (Pretrial Scheduling) Order establishes a supplemental expert witness disclosure date of November 20, 2009. By stipulation of counsel and Order of this Court pursuant to that stipulation, the deadline for disclosure of supplemental expert witnesses information was extended from November 20, 2009 to February 15, 2010.

The parties have all participated in a timely disclosure of expert witness information.

1

However, it is now clear that additional time beyond February 15, 2010, will be needed in order for all parties to adequately disclose supplemental expert witness information.  In order to provide all parties sufficient time to prepare substantive disclosures of supplemental expert witnesses, the parties propose to amend the schedule to provide for the following dates:

DISCLOSURE OF SUPPLEMENTAL EXPERTS                MARCH 1, 2010

The other deadlines (close of expert discovery, hearing on dispositive motions, pretrial conference, and trial) will remain unchanged.

IT IS SO STIPULATED.

DATED:  February 26, 2010.        CARR, KENNEDY, PETERSON & FROST

                                  By /s/Randall C. Nelson
                                     Randall C. Nelson
                                     Attorneys for Plaintiffs

DATED:  February 26, 2010.        GOLDSBERRY, FREEMAN & GUZMAN, LLP

                                  By /s/Francis M. Goldsberry, III (as authorized on 02/26/10)
                                     Francis M. Goldsberry III
                                     Attorneys for Defendant City of Chico

DATED:  February 26, 2010.        PORTER SCOTT

                                  By /s/Noah M. Bean (as authorized on 02/26/10)
                                     Noah M. Bean
                                     Attorneys for Defendant County of Butte

DATED:  February 26, 2010.        SCHARFF, BRADY & VINDING

                                  By /s/Michael E. Vinding (as authorized on 02/26/10)
                                     Michael E. Vinding
                                     Attorneys for Defendant Baldwin Contracting Company, Inc.

DATED:  February 26, 2010.        MONTAGUE & VIGLIONE

                                  By /s/John D. Montague (as authorized on 02/26/10)

        John D. Montague
        Attorneys for Defendant Virginia Drake

**O R D E R**

_____IT IS SO ORDERED.

DATED:  2/26/2010

        /s/ John A. Mendez
        JUDGE OF THE DISTRICT COURT