John D. Montague, CA State Bar No. 71994
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, California 95815
Telephone: (916) 929-5018
Facsimile: (916) 929-8967
mcvlaw@aol.com

Attorneys for Defendant
Virginia L. Drake, individually and
As Trustee of the Drake Revocable Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustee of the Simmons Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICO; COUNTY OF BUTTE COUNTY; BALDWIN CONTRACTING COMPANY, INC., a California corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>Defendants. | CASE NO. 2:07-CV-01129-JAM-GGH<br><br>**STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER** |

Good cause exists to amend the Status (Pretrial Scheduling) Order in this action. As the parties have proceeded with discovery, it has become apparent that the volume of expert discovery that remains to be completed is greater than the parties originally estimated. The parties therefore request an extension of the scheduling order to allow for the efficient completion of expert discovery.

Counsel for the parties have met and conferred, and request that the Court adopt the following schedule:

s

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Close of Expert Discovery: | July 1, 2010 |
| 2 | Dispositive Motions filed by: | September 22, 2010 |
| 3 | | |
| 4 | Dispositive Motions hearing: | October 20, 2010 @ 9:30 a.m. |
| 5 | Joint PreTrial Statement filed by: | November 26, 2010 |
| 6 | | |
| 7 | Final PreTrial Conference: | December 3, 2010 @ 3:00 p.m. |
| 8 | Trial: | January 24, 2011 @ 9:00 a.m. |

We respectfully request that the Court issue a new Status (Pretrial Scheduling) Order reflecting these new dates.

SO STIPULATED.

March _3__ 2010          CARR, KENNEDY, PETERSON & FROST

                         By: /s/ Randall C. Nelson_____
                             (as authorized on March 3, 2010)
                             Randall C. Nelson (SBN 138298)
                             Attorneys for Plaintiffs

March _3__ 2010          MONTAGUE & VIGLIONE

                         By: /s/ John D. Montague _____
                             John D. Montague (SBN 71994)
                             (as authorized on March 3, 2010)
                             Attorneys for Defendant Virginia Drake,
                             Individually & as Trustee of the Drake Revocable Trust

March _3__ 2010          GOLDSBERRY, FREEMAN & GUZMAN

                         By: /s/ Francis M. Goldsberry III _____
                             (as authorized on March 3, 2010)
                             Francis M. Goldsberry III (SBN 178739)
                             Attorneys for Defendant CITY OF CHICO

s

Simmons v. City of Chico, et al.                                      Page 2
STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

March _3__ 2010                    PORTER SCOTT

                                            By: /s/ Noah M. Bean _____
                                                (as authorized on March 3, 2010)
                                                Noah M. Bean (SBN 257657)
                                                Attorneys for Defendant COUNTY OF BUTTE

March _4__ 2010                    SCHARFF, BRADY & VINDING

                                            By: /s/ Michael E Vinding _____
                                                (as authorized on March 4, 2010)
                                                Michael E. Vinding (SBN 178359)
                                                Attorneys for Defendant BALDWIN CONTRACTING CO.

**IT IS SO ORDERED**

Date:  03/04/2010                  /s/ John A. Mendez_____
                                            UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com