FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Facsimile:  (916) 448-8628

LORI J. BARKER, SBN: 131707
OFFICE OF THE CITY ATTORNEY
CITY OF CHICO
Post Office Box 3420
Chico, CA 95927
Telephone: (530) 896-7600
Facsimile:  (530) 895-4780

Attorneys for Defendant
CITY OF CHICO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustees of the Simmons Family Trust,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF CHICO; COUNTY OF BUTTE; BALDWIN CONTRACTING COMPANY, INC., a California Corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>  Defendants.<br>_____ | No.:  2:07-CV-01129 JAM-GGH<br><br>**STIPULATION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER RE DEPOSITION OF DR. BRUCE BARNETT** |

The deposition of Dr. Bruce Barnett, who was disclosed by plaintiffs and defendant Virginia Drake as a non-retained expert, was originally noticed for March 29, 2010, and Dr. Barnett was served with a subpoena for his appearance on that date.  That deposition was taken off calendar to accommodate the schedules of counsel, and Dr. Barnett agreed to appear at a rescheduled date without service of a second subpoena.

1. Dr. Barnett was out of town for most of May, and returned in early June. However, he leaves town again on June 29 and will not return until July 7, and his availability between now and June 29th was limited to only a few days, all of which conflict with obligations already scheduled by counsel in this matter.

Therefore, the parties, through their undersigned counsel, agree that the deposition of Dr. Bruce Barnett may be taken after the July 1, 2010 close of expert discovery, but prior to August 1, 2010. The completion of this one deposition after the close of expert discovery will not impact any other scheduled dates in this matter.

IT IS SO STIPULATED.

DATED: June 22, 2010             CARR, KENNEDY, PETERSON & FROST

By: /s/ Randall C. Nelson (as authorized on 6/21/10)
RANDALL C. NELSON
(SBN: 138298)
Attorneys for Plaintiffs

DATED: June 22, 2010             GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: /s/ Francis M. Goldsberry III
FRANCIS M. GOLDSBERRY III
(SBN: 178739)
Attorneys for Defendant
CITY OF CHICO

DATED: June 22, 2010             PORTER SCOTT

By: /s/ Stephen E. Horan (as authorized on 6/21/10)
STEPHEN E. HORAN
(SBN: 125241)
Attorneys for Defendant
COUNTY OF BUTTE

| | |
|---|---|
| DATED: June 22, 2010 | SCHARFF, BRADY & VINDING |
| | |
| | By: /s/ Michael E. Vinding (as authorized on 6/21/10) |
| | MICHAEL E. VINDING |
| | (SBN: 178359) |
| | Attorneys for Defendant |
| | BALDWIN CONTRACTING |
| | COMPANY, INC. |
| DATED: June 22, 2010 | MONTAGUE & VIGLIONE |
| | |
| | By: /s/ John D. Montague (as authorized on 6/21/10) |
| | JOHN D. MONTAGUE |
| | (SBN: 71994) |
| | Attorneys for Defendant |
| | VIRGINIA DRAKE |

**O R D E R**

IT IS SO ORDERED.

DATED: June 22, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE, U.S. DISTRICT COURT