1 | John D. Montague, CA State Bar No. 71994
MONTAGUE & VIGLIONE
2 | 1500 River Park Drive, Suite 110
Sacramento, California 95815
3 | Telephone: (916) 929-5018
Facsimile: (916) 929-8967
4 | mcvlaw@aol.com

5 | Attorneys for Defendant
Virginia L. Drake, individually and
6 | As Trustee of the Drake Revocable Trust

**FILED**

SEP 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustee of the Simmons Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICO; COUNTY OF BUTTE COUNTY; BALDWIN CONTRACTING COMPANY, INC., a California corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>Defendants. | CASE NO. 2:07-CV-01129-JAM-GGH<br><br>STIPULATION TO AMEND THE STATUS (PRE-TRIAL SCHEDULING) ORDER |

Good cause exists to amend the Status (Pre-trial Scheduling) Order in this action. As the case has progressed, the parties have realized that additional time is needed for filing and responding to dispositive motions. The parties therefore request an extension of the scheduling order to allow for the efficient completion of the matters referenced above. ———Counsel for the parties have met and conferred, and request that the Court adopt the following schedule:

/ / /

/ / /

s

Simmons v. City of Chico, et al.                                                                                             Page 1
STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER

| | | |
|---|---|---|
| 1 | Dispositive Motions filed by: | October 6, 2010 |
| 2 | Dispositive Motions hearing: | November 3, 2010 @ 9:30 a.m. in courtroom 6 |
| 3 | | |
| 4 | Joint Pre-Trial Statement filed by: | March 25, 2011 |
| 5 | Final PreTrial Conference: | April 1, 2011 @ 3:00 p.m. |
| 6 | | |
| 7 | Trial: | May 16, 2011 @ 9:00 a.m. |

We respectfully request that the Court issue a new Status (Pre-trial Scheduling) Order reflecting these new dates.

SO STIPULATED.

Sept. 10- 2010    CARR, KENNEDY, PETERSON & FROST

By: __/s/ Randall C. Nelson__
Randall C. Nelson (SBN 138298)
Attorneys for Plaintiffs

Sept. 10- 2010    MONTAGUE & VIGLIONE

By: __/s/ John D. Montague__
John D. Montague (SBN 71994)
Attorneys for Defendant Virginia Drake,
Individually & as Trustee of the Drake Revocable Trust

Sept. 10- 2010    GOLDSBERRY, FREEMAN & GUZMAN

By: __/s/ Francis M. Goldsberry III__
Francis M. Goldsberry III (SBN 178739)
Attorneys for Defendant CITY OF CHICO

Sept. 10— 2010    PORTER SCOTT

By: __/s/ Stephen E. Horan__

| | |
|---|---|
| 1 | Stephen E. Horan (SBN 125241) |
| 2 | Attorneys for Defendant COUNTY OF BUTTE |
| 3 Sept. 10— 2010 | SCHARFF, BRADY & VINDING |
| 4 | |
| 5 | By: /s/ Michael E. Vinding |
| 6 | Michael E. Vinding (SBN 178359) |
|   | Attorneys for Defendant BALDWIN CONTRACTING CO. |

**IT IS SO ORDERED**

Date: 9-13-2010

_____
UNITED STATES DISTRICT JUDGE