1  **Randall C. Nelson, State Bar No. 138298**
   **CARR, KENNEDY, PETERSON & FROST**
2  **A Law Corporation**
   **420 Redcliff Drive**
3  **Redding, California 96002**
   **(530) 222-2100; FAX (530) 222-0504**
4
5  **Attorneys for Plaintiffs and Counterdefendants**

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  ELIZABETH JEAN SIMMONS, as Personal )    NO. 2:07-CV-01129-JAM-GGH
    Representative of the Estate of James Edward )
12  Simmons; DARWIN H. SIMMONS and NINA )R.   **STIPULATION AND ORDER TO**
    SIMMONS, individually, and as Trustees ) of the  **MODIFY BRIEFING SCHEDULE**
13  Simmons Family Trust,                      )    **FOR DISPOSITIVE MOTIONS**
                                               )
14                      Plaintiffs,            )
                                               )
15  vs.                                        )
                                               )
16  CITY OF CHICO; COUNTY OF BUTTE;            )
    BALDWIN CONTRACTING COMPANY,               )
17  INC., a California Corporation;            )
    VIRGINIA DRAKE, individually, and as       )
18  Trustee of the Drake Revocable Trust,      )
                                               )
19                      Defendants.            )
    _____ )

20

21        The Court's September 13, 2010 Amendment to the Status (Pretrial Scheduling) Order

22  establishes a briefing schedule by way of operation of the last date to file dispositive motions

23  and the dispositive motion hearing date and Local Rule 230(c).  By stipulation of counsel and

24  Order of this Court pursuant to that stipulation, the deadline to file and serve any opposition to

25  dispositive motions was October 20, 2010, and the deadline to file and serve any reply to

26  opposition to dispositive motions was October 27, 2010.  Due to the volume of the dispositive

                                        1

motions that have been filed, the parties agree that additional time will be needed for the filing

and service of opposition papers.  By order of the Court, the hearing date for dispositive

motions has been continued to December 8, 2010.  Therefore, with good cause existing, the

parties propose to amend the briefing schedule as follows:

**Opposition to Dispositive Motions by:**                    **October 27, 2010**

**Reply to Opposition to Dispositive Motions by:**           **November 5, 2010**

IT IS SO STIPULATED.

DATED:  October 18, 2010.          CARR, KENNEDY, PETERSON & FROST

By   /s/Randall C. Nelson
Randall C. Nelson
Attorneys for Plaintiffs


DATED:  October 18, 2010.          GOLDSBERRY, FREEMAN & GUZMAN, LLP

By /s/Francis M. Goldsberry (as authorized on
10/18/10)
Francis M. Goldsberry III
Attorneys for Defendant City of Chico


DATED:  October 18, 2010.          PORTER SCOTT

By   /s/Noah M. Bean (as authorized on 10/18/10)

Noah M. Bean
Attorneys for Defendant County of Butte


DATED:  October 18, 2010.          SCHARFF, BRADY & VINDING

By   /s/Michael E. Vinding (as authorized on
10/18/10)
Michael E. Vinding
Attorneys for Defendant Baldwin Contracting
Company, Inc.

2

1  DATED:  October 18, 2010.          MONTAGUE & VIGLIONE

2                                          By   /s/John D. Montague (as authorized on
   10/18/10)

3                                            John D. Montague
                                             Attorneys for Defendant Virginia Drake
4

5                                    **O R D E R**

6  _____IT IS SO ORDERED.

7  DATED:   October 18, 2010.

8
                                        /s/ John A. Mendez
9                                       U.S.  DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION & ORDER TO MODIFY BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS