John D. Montague, CA State Bar No. 71994
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, California 95815
Telephone: (916) 929-5018
Facsimile: (916) 929-8967
mcvlaw@aol.com

Attorneys for Defendant
Virginia L. Drake, individually and
As Trustee of the Drake Revocable Trust

FILED
NOV 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN SIMMONS, as Personal Representative of the Estate of James Edward Simmons; DARWIN H. SIMMONS and NINA R. SIMMONS, individually, and as Trustee of the Simmons Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICO; COUNTY OF BUTTE COUNTY; BALDWIN CONTRACTING COMPANY, INC., a California corporation; VIRGINIA DRAKE, individually, and as Trustee of the Drake Revocable Trust,<br><br>Defendants. | CASE NO. 2:07-CV-01129-JAM-GGH<br><br>STIPULATION TO AMEND THE STATUS (PRE-TRIAL SCHEDULING) ORDER |

Good cause exists to amend the Status (Pre-trial Scheduling) Order in this action. The parties and counsel are currently in protracted settlement discussions and negotiations. The parties request that the Court continue the hearing on the multiple dispositive motions now set for December 8, 2010, to January 26, 2011, at 9:30 a.m. in Courtroom 6.

///

///

s

1   We respectfully request that the Court issue an Order reflecting this new date.

2   SO STIPULATED.

3

4

5   Nov.__15_ 2010                CARR, KENNEDY, PETERSON & FROST

6                                 By: _/s/ Randall C. Nelson (as authorized on 11/15/10)_
                                      Randall C. Nelson (SBN 138298)
7                                     Attorneys for Plaintiffs

8   Nov._15__ 2010                MONTAGUE & VIGLIONE

9                                 By: __/s/ John D. Montague (as authorized on 11/15/10)_
10                                    John D. Montague (SBN 71994)
                                      Attorneys for Defendant Virginia Drake,
11                                    Individually & as Trustee of the Drake Revocable Trust

12  Nov._15__ 2010                GOLDSBERRY, FREEMAN & GUZMAN

13                                By: __/s/ Francis M. Goldsberry III (as authorized on 11/15/10)
14                                    Francis M. Goldsberry III (SBN 178739)
                                      Attorneys for Defendant CITY OF CHICO
15

16  Nov._15__ 2010                PORTER SCOTT

17                                By: ___/s/ Noah M. Bean (as authorized on 11/15/10)_
                                      Noah M. Bean (SBN 257657)
18                                    Attorneys for Defendant COUNTY OF BUTTE

19  Nov._15__ 2010                SCHARFF, BRADY & VINDING
20
                                  By: ___/s/ Michael V. Brady (as authorized on 11/15/10)_
21                                    Michael V. Brady (SBN 146370)
                                      Attorneys for Defendant BALDWIN CONTRACTING CO.
22

23

24

25

26

27

28

s

Simmons v. City of Chico, et al.                                              Page 2
STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER

1
2  **IT IS SO ORDERED**
3  Date: 11-17-2010          _____
4                            UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

s

Simmons v. City of Chico, et al.                                    Page 3
STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER